## 16645.   COX *v.* THE STATE.

BLOODWORTH, J.   The evidence authorized the conviction of the accused, and the court did not err in overruling the motion for a new trial which contained the general grounds only.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 10, 1925.

Conviction of possessing liquor; from city court of Springfield —Judge Shearouse.   June 8, 1925.

*H. P. Cobb,* for plaintiff in error.

*J. W. Usher, solicitor,* contra.